AO93(Rev.5/85) Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**District of Columbia Public Schools**
**Office of Professional Development Logan Annex**
**215 G Street, NE, Washington, DC, First Floor, Room 108**
**The workspace of DCPS employee**

**FILED**

JUN 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## SEARCH WARRANT

CASE NUMBER: 07-239-M-01

TO: __ELLEN RIPPERGER__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __SPECIAL AGENT, ELLEN RIPPERGER__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

**District of Columbia Public Schools, Office of Professional Development, Logan Annex, 215 G Street, NE, Washington, DC, First Floor, Room 108, The workspace of DCPS employee**
See Attached Affidavit

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

See Schedules A, B, and the affidavit submitted in support of the application for this warrant which are incorporated herein by reference.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before _____
                                                        (Date)
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☐ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

MAY 2 4 2007                          at Washington, D.C.

Date and Time Issued   ALAN KAY
                       U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer          Signature of Judicial Officer

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 5/24/07 | 5/25/07 12noon | Dr. Barbara Echols |

INVENTORY MADE IN THE PRESENCE OF  Ellen Rippergar

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

See attached

**FILED**

JUN 0 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

X [signature]

Subscribed, sworn to, and returned before me this date.

[signature]  06/06/07
U.S. Judge or U.S. Magistrate Judge        Date

# Inventory Listing of All Items Seized at Search Warrant Site

**Site Name:**
215 G Street, NE
Washington, DC

DC Public Schools Office

**Investigation Number:**
771-83339

**Starting Date and Time:**
05/25/2007 01:00 PM

**Ending Date and Time:**
05/27/2007 05:15 PM

**Report Date:**
Friday, May 25, 2007

| | |
|---|---|
| **Control #:** | 1 |
| **Location:** | work area |
| **Found:** | in drive of tower computer under desk |
| **Description:** | Seized Per Warrant   (1) floppy disk labled "Tiombe Sabour, Para Pro Ass, DCPS Route #, Charter Schools" |
| **Evidence Box:** | 1 |
| **Locator Code:** | 215 G St. WDC |

| | |
|---|---|
| **Control #:** | 2 |
| **Location:** | work area |
| **Found:** | desktop of Henderson's desk |
| **Description:** | Seized Per Warrant   (10) CD's and (1) DVD |
| **Evidence Box:** | 2 |
| **Locator Code:** | 215 G St. WDC |

| | |
|---|---|
| **Control #:** | 3 |
| **Location:** | work area |
| **Found:** | under desk on top of computer tower |
| **Description:** | Seized Per Warrant   (1) HP laptop labled " laptop loaner #12 SN: CNF3352F6S with battery and power cord |
| **Evidence Box:** | 3 |
| **Locator Code:** | 215 G St. WDC |

| | |
|---|---|
| **Control #:** | 4 |
| **Location:** | work area |
| **Found:** | under desk |
| **Description:** | Seized Per Warrant   (1) HP computer SN: 2UA337084Q |
| **Evidence Box:** | 4 |
| **Locator Code:** | 215 G St. WDC |

| | |
|---|---|
| **Control #:** | 5 |
| **Location:** | work area |
| **Found:** | on top of cabinet |
| **Description:** | Seized Per Warrant   (1) HP Compaq NX 9010 laptop, SN: CNF3352D2B with Tag |
| **Evidence Box:** | 5 |
| **Locator Code:** | 215 G St. WDC |

| | |
|---|---|
| **Control #:** | 6 |
| **Location:** | work area |
| **Found:** | top left desk drawer |
| **Description:** | Seized Per Warrant   (2) 256 MB USB Thumb drives grey and orange in color attached to a black lanyard and (1) 128 MB thumb drive black and yellow in color |
| **Evidence Box:** | 6 |
| **Locator Code:** | 215 G St. WDC |

| | | | |
|---|---|---|---|
| Control #: | 7 | Evidence Box: | 7 |
| Location: | work area | Locator Code: | 215 G St. WDC |
| Found: | on top of data system tower | | |
| Description: | Seized Per Warrant   (1) 3.5 floppy disk | | |

| | | | |
|---|---|---|---|
| Control #: | 8 | Evidence Box: | 8 |
| Location: | work area | Locator Code: | 215 G St. WDC |
| Found: | 2nd drawer to left of desk | | |
| Description: | Seized Per Warrant   (1) Nikon Coolpix camera 4300 w/ CF memory card inside SN:: 3724309 | | |

| | | | |
|---|---|---|---|
| Control #: | 9 | Evidence Box: | 9 |
| Location: | work area | Locator Code: | 215 G St. WDC |
| Found: | above desk on black mesh folder | | |
| Description: | Seized Per Warrant   (1) 3.5 floppy disk 1.44 MB black in color with 'Time" on the lable | | |

| | | | |
|---|---|---|---|
| Control #: | 10 | Evidence Box: | 10 |
| Location: | work area | Locator Code: | 215 G St. WDC |
| Found: | bottom left desk drawer | | |
| Description: | Seized Per Warrant   (6) National Board Pre-Canidate registration forms containing names, address, phone numbers and ssn's of individuals | | |

| | | | |
|---|---|---|---|
| Control #: | 11 | Evidence Box: | 11 |
| Location: | work area | Locator Code: | 215 G St. WDC |
| Found: | Intervention Program binder on desk | | |
| Description: | Seized Per Warrant   misc document/ request for admin pay form w/ name | | |

| | | | |
|---|---|---|---|
| Control #: | 12 | Evidence Box: | 12 |
| Location: | work area | Locator Code: | 215 G St. WDC |
| Found: | Intervention Program binder on desk | | |
| Description: | Seized Per Warrant   document that is titled "Administrative Premium Pay List" containing name and ssn Copeland | | |

| | | | |
|---|---|---|---|
| Control #: | 13 | Evidence Box: | 13 |
| Location: | work area | Locator Code: | 215 G St. WDC |
| Found: | file cabinet 2nd drawer | | |
| Description: | Seized Per Warrant   DCPS business records relating to | | |

| | | | |
|---|---|---|---|
| Control #: | 14 | Evidence Box: | 14 |
| Location: | work area | Locator Code: | 215 G St. WDC |
| Found: | file cabinet left of desk | | |
| Description: | Seized Per Warrant   Fingerprint verification form for | | |

| | | |
|---|---|---|
| Evidence Box: | 15 | |
| Locator Code: | 215 G St. WDC | |

Control #: 15
Location: work area
Found: filing cabinet 3rd drawer
Description: Seized Per Warrant

Application for school counseling internship/ field experience containing personal information

Evidence Box: 16
Locator Code: 215 G St. WDC

Control #: 16
Location: work area
Found: top of filing cab.
Description: Seized Per Warrant

(1) purple folder containng personal information on an individual in the form of public school documents

Evidence Box: 17
Locator Code: 215 G St. WDC

Control #: 17
Location: Room 103
Found: business files
Description: Seized Per Warrant

business records regarding the following subjects

Evidence Box: 18
Locator Code: 215 G St. WDC

Control #: 18
Location: Room 103
Found: box in chair
Description: Seized Per Warrant

new teacher orientation worksheet w/ personal identifiers (20 total)

Evidence Box: 19
Locator Code: 215 G St. WDC

Control #: 19
Location: Room 103
Found: filing cabinet
Description: Seized Per Warrant

misc documents of new teacher orientation forms

Evidence Box: 20
Locator Code: 215 G St. WDC

Control #: 20
Location: Room 103
Found: box in chair
Description: Seized Per Warrant

58 pages of New orientation forms that contain personal identifiers

Evidence Box: 21
Locator Code: 215 G St. WDC

Control #: 21
Location: Room 103
Found: file cabinet
Description: Seized Per Warrant

misc documents containing personal identifiers

Evidence Box: 22
Locator Code: 215 G St. WDC

Control #: 22
Location: Room 103
Found: box in chair
Description: Seized Per Warrant

(25) New teacher orientation forms w/personal identifiers

| | | | |
|---|---|---|---|
| Control #: | 23 | Evidence Box: | 23 |
| Location: | Room 103 | Locator Code: | 215 G St. WDC |
| Found: | box in chair | | |
| Description: | Seized Per Warrant    misc New Teacher Orientation forms | | |